FILED
December 16, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003146858

Ja Vonne M. Phillips, Esq. SBN 187474
Christelle N. Ramseyer, Esq. SBN 265571
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
Chase Home Finance LLC., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re: | ) Case No. 10-64039 |
| | ) |
| James Gibbs, | ) DC No.: CNR |
| | ) |
| Debtor. | ) Chapter 7 |
| _____ | ) |
| Chase Home Finance LLC., its assignees and/or successors in interest, | ) **PROOF OF SERVICE OF NOTICE OF APPEARANCE** |
| Secured Creditor, | ) |
| v. | ) |
| James Gibbs, Debtor(s); and Sheryl Ann Strain, Chapter 7 Trustee, | ) |
| Respondents. | ) |
| _____ | ) Judge: Whitney Rimel |

# CERTIFICATE OF SERVICE

On 12/16/2010, I served the foregoing **NOTICE OF APPEARANCE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
James Gibbs
31900 Success Valley Drive
Porterville, CA 93257

TRUSTEE
Sheryl Ann Strain
1875 East Alluvial #101
Fresno, CA 93720

COUNSEL FOR DEBTOR
Timothy G. McFarlin
4 Park Plaza, Ste 1025
PO Box 6035, CA 92614

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ David Fry
David Fry