FILED
January 04, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003186904

1  EDDIE R. JIMENEZ (CA SBN 231239)
   HIEU T. PHAM (CA SBN 265146)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5
6  Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

7

8

9              UNITED STATES BANKRUPTCY COURT

10           EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

11 | In re                          | Case No. 10-64039-A
12 | JAMES GIBBS,                   | Chapter 7
13 |                                | D.C. No. PD-1
14 |                                | PROOF OF SERVICE BY MAIL AND/OR E-MAIL
15 |         Debtor(s).             | DATE:    February 15, 2011
16 |                                | TIME:    1:30 p.m.
   |                                | CTRM:    11

17      I, Alexander Perez, declare that:

18      I am employed in the County of San Diego, California.  My business address is: 4375

19 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933.  I am over the age of

20 eighteen years and not a party to this cause.

21      On January 4, 2011, I served the RELIEF FROM STAY INFORMATION SHEET;

22 NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY; MOTION FOR RELIEF

23 FROM AUTOMATIC STAY; DECLARATION IN SUPPORT OF MOTION FOR RELIEF

24 FROM AUTOMATIC STAY; EXHIBITS TO DECLARATION IN SUPPORT OF MOTION

25 FOR RELIEF FROM AUTOMATIC STAY; REQUEST FOR SPECIAL NOTICE AND

26 SERVICE OF PAPERS AND RESERVATION OF RIGHTS in said cause by placing a copy

27 thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail

28 at San Diego, California, and/or by sending an e-mail pursuant to Local Bankruptcy Rule 7005-

1(d)(1) with copies of the above referenced documents attached thereto, to the registered e-mail addresses as follows :

SEE ATTACHED SERVICE LIST.

In addition the U.S. Trustee will be served via email pursuant to Local Bankruptcy Rule 7005-1(d)(1).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 4, 2011, at San Diego, California.

      /s/ Alexander Perez
ALEXANDER PEREZ

# SERVICE LIST

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| **US TRUSTEE** | **DEBTOR(S)** |
| Department of Justice<br>Eastern District of California - Sacramento Division<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814<br>ustpregion17.sc.ecf@usdoj.gov | James Gibbs<br>31900 Success Valley Drive<br>Porterville, CA 93257 |
| | **OTHER LIENHOLDER(S)** |
| **DEBTOR(S) ATTORNEY** | Chase<br>P.O. Box 24696<br>Columbus, OH 43224 |
| Timothy G. McFarlin<br>4 Park Plaza, Ste 1025<br>PO Box 6035<br>Irvine, CA 92614<br>tim@mcfarlinlaw.com | **CHAPTER 7 TRUSTEE**<br><br>Sheryl Ann Strain<br>575 E. Alluvial Ave #101<br>Fresno, CA 93720 |