**FILED**

**February 03, 2011**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003256582

**2**

ERICA T. LOFTIS, #259286
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California  92612
Phone:  (949) 252-9400
Facsimile:  (949) 252-1032

Attorneys for Movant

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re | ) Bankruptcy Case No. 10-64039 |
| JAMES GIBBS, | ) |
| Debtor. | ) Docket Control No. ETL-1 |
| | ) Chapter 7 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and its successors and/or assignees, | ) [Filed pursuant to Local Bankruptcy Rule 9014-1(f)(2)] |
| Movant, | ) |
| vs. | ) HEARING DATE: |
| JAMES GIBBS, Debtor, and SHERYL STRAIN, Trustee, | ) DATE:  March 1, 2011<br>) TIME:    1:30 p.m.<br>) CTRM:  11 |
| Respondents. | ) |

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S NOTICE OF MOTION FOR**

**RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY (35572 TULE RIVER**

**DRIVE, SPRINGVILLE, CA 93265)**

**TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY COURT**

**JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER**

**INTERESTED PARTIES:**

　　　　　**PLEASE TAKE NOTICE** that JPMORGAN CHASE BANK, NATIONAL

ASSOCIATION, and its successors and/or assignees ("JPMORGAN CHASE BANK,

1    NATIONAL ASSOCIATION"), has filed the attached Motion For Relief From The Automatic

2    Stay (the "Motion") in the above-entitled and numbered Chapter 7 case. The Motion will be heard

3    before the Honorable WHITNEY RIMEL on March 1, 2011 at 1:30 p.m., in Courtroom 11, at the

4    United States Bankruptcy Court located at 2500 Tulare Street, Fresno, California.

5            The Motion is based upon the attached Declaration, Movant's Relief from Stay

6    Information Sheet, and the Memorandum of Points and Authorities attached hereto, as well as

7    upon the documents filed in support of the Motion.

8            This Motion is being filed pursuant to Local Bankruptcy Rule 9014-1(f)(2) - which

9    provides that "the moving party may file and serve the motion at least fourteen (14) calendar days

10   prior to the hearing date.  The use of this alternative procedure in connection with a motion for

11   relief from the automatic stay shall be deemed a waiver of the time limitations contained in 11

12   U.S.C. §362(e).  Furthermore, when fewer than twenty-eight (28) calendar days' notice of a

13   hearing is given, no party in interest shall be required to file a written opposition to the motion.

14   Opposition, if any, shall be presented at the hearing on the motion.  If opposition is presented, or if

15   there is other good cause, the Court may continue the hearing to permit the filing of evidence and

16   briefs."

17   DATED: February 2, 2011                    Respectfully Submitted,

18                                              MALCOLM ♦ CISNEROS, A Law Corporation

19

20                                              By: /s/ Erica T. Loftis
                                                    ERICA T. LOFTIS
21                                                  Attorneys for Movant

22

23

24

25

26

27

28