# RELIEF FROM STAY INFORMATION SHEET
* * * * SEE IMPORTANT INSTRUCTIONS ON REVERSE * * * *
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*
THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE

```
FILED
February 03, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003256581
```

**DEBTOR:** JAMES GIBBS      **CASE NO.** 10-64039

**MOVANT:** JPMORGAN CHASE BANK, NATIONAL ASSOCIATION      **DC NO.** ETL-1

**HEARING DATE/TIME:** March 1, 2011 at 1:30 p.m.

**RELIEF IS SOUGHT AS TO**

( X ) REAL PROPERTY     Assessor Parcel Number (APN): _____

( ) PERSONAL PROPERTY     If applicable, Vehicle Identification Number (VIN): _____

( ) STATE COURT LITIGATION

1. Address OR description of property or state court action    35572 TULE RIVER DRIVE, SPRINGVILLE, CA 93265

2. Movant's trust deed is a ( X ) 1st ( ) 2nd ( ) 3rd ( ) Other: _____

   OR

   Leased property is ( ) Residential ( ) Non-residential     Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? _____     Movant's valuation of property     $ 100,000.00

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 124,310.05 | $ 9,026.94 | $ 5,811.67 | $ 139,148.66 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

   _____     $ _____

   _____     $ _____

   _____     $ _____

   TOTAL ALL LIENS     $ 139,148.66

   DEBTOR'S EQUITY     $ -39,148.66

6. Monthly payment $872.47    of which $0    is for impound account. Monthly late charge is $43.62

7. The last payment by Debtor was received on    05/17/10    and was applied to the payment due    01/01/10

8. Number of payments past due and amount (a) Pre-petition    11    $ 9,597.17    (b) Post-petition    1    $ 872.47

9. Notice of default was recorded on    N/A   . Notice of sale was published on    N/A

10. If a chapter 13 case, in what class is this claim?    N/A

11. Grounds for seeking relief (check as applicable):

    ( X ) §362(d)(1)    ( X ) §362(d)(2)    ( ) §362(d)(3)    ( ) §362(d)(4)

    ( ) Cause    (X) Inadequate Protection    ( X ) Lack of equity    ( ) Lack of insurance    ( ) Bad faith

    ( ) Other _____

12. For each ground checked in item 11, furnish a brief supporting statement in the space below.

There is no equity in the property and it is not necessary for reorganization-362(d)(2).
Movant lacks adequate equity cushion-362(d)(1).

EDC 3-468 (Rev. 11/10)