B6A (Official Form 6A) (12/07)

FILED
February 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003268450

In re **James Gibbs**      Case No. **1:10-bk-6403**

(if known)

## AMENDED
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---:|---:|
| Location: 31900 Success Valley Dr Porterville, CA 93257 | Fee Simple | H | $343,000.00 | $274,733.00 |
| Location: 35572 Tule River Dr Springville, CA 93265 | Fee Simple | H | $100,000.00 | $124,310.00 |
| Location: 22115 Martinez St Woodland Hills, CA 91364 | Fee Simple | H | $452,000.00 | $577,655.00 |
| Location: 227 Blomquist Dr Bakersfield, CA 93309 | Fee Simple | H | $120,000.00 | $125,554.00 |
| Location: 1715 Blanche St Bakersfield, CA 93309 | Fee Simple | H | $38,300.00 | $85,162.00 |
| Location: 31171 Success Valley Dr Porterville, CA 93257 | Fee Simple | H | $300,000.00 | $284,871.00 |
| Location: 393 E Putnam Porterville, CA 93257 | Fee Simple | H | $73,000.00 | $91,433.00 |
| Location: 2171 E Crabtree Porterville, CA 93257 | Fee Simple | H | $105,000.00 | $274,733.00 |
| Location: 217 E Panama Rd Bakersfield, CA 93307 | Fee Simple | H | $79,000.00 | $73,257.00 |
| Location: 35443 Tule River Dr Springville, CA 93265 | Fee Simple | W | $235,000.00 | $277,000.00 |

Total: **$1,845,300.00**

(Report also on Summary of Schedules)