B6D (Official Form 6D) (12/07)

In re **James Gibbs**  Case No. **1:10-bk-6403**

FILED
February 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003268426

## AMENDED
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: 9886<br>Chase<br>PO Box 1093<br>Northridge, CA 91328 | H | DATE INCURRED: 01/19/05<br>NATURE OF LIEN: Fee Simple<br>COLLATERAL: 31900 Success Valley Dr<br>REMARKS: First Mortgage 31900 Success Valley Dr<br>VALUE: $343,000.00 | | | X | $274,733.00 | |
| ACCT #: 5724<br>Chase<br>PO Box 1093<br>Northridge, CA 91328 | H | DATE INCURRED: 04/25/2006<br>NATURE OF LIEN: Fee Simple<br>COLLATERAL: 2171 E Crabtree<br>REMARKS: 2171 E Crabtree<br>VALUE: $105,000.00 | | | X | $274,733.00 | $169,733.00 |
| ACCT #: 5716<br>Chase<br>PO Box 1093<br>Northridge, CA 91328 | H | DATE INCURRED: 04/21/2006<br>NATURE OF LIEN: Fee Simple<br>COLLATERAL: 35572 Tule River Dr<br>REMARKS: Firswt Mortgage - 35572 Tule River Dr<br>VALUE: $100,000.00 | | | X | $124,310.00 | $24,310.00 |
| ACCT #: 8094<br>Chase<br>PO Box 1093<br>Northridge, CA 91328 | H | DATE INCURRED: 01/13/2005<br>NATURE OF LIEN: Fee Simple<br>COLLATERAL: 393 E Putnam<br>REMARKS: First Mortgage - 393 E Putnam<br>VALUE: $73,000.00 | | | X | $91,433.00 | $18,433.00 |
| | | Subtotal (Total of this Page) > | | | | $765,209.00 | $212,476.00 |
| | | Total (Use only on last page) > | | | | | |

_____2_____ continuation sheets attached

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

# AMENDED
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: 4284<br><br>Chase<br>10790 Rancho Bernardo Rd<br>San Diergo, CA 92127 | | H | DATE INCURRED: 02/11/2004<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**217 E Panama**<br>REMARKS:<br>**First Mortgage - 217 E Panama**<br><br>VALUE: $79,000.00 | | | X | $73,257.00 | |
| ACCT #: 4657<br><br>Chase<br>PO Box 94014<br>Palatine, IL 60094-4014 | | W | DATE INCURRED: 01/2004<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**35443 Tule River Dr**<br>REMARKS:<br>**First Mortgage - 35443 Tule River Dr**<br><br>VALUE: $235,000.00 | | | X | $277,000.00 | $42,000.00 |
| ACCT #: 1998<br><br>Wells Fargo Bank NA<br>PO Box 31557<br>Billings, MT 59107 | | H | DATE INCURRED: 08/21/2007<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**22115 Martinez St**<br>REMARKS:<br>**Secnd Mortgage - 22115 Martinez St**<br><br>VALUE: $452,000.00 | | | X | $250,049.00 | |
| ACCT #: 4663<br><br>Wells Fargo Home Mortgage<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | | H | DATE INCURRED: 12/08/2004<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**22115 Martinez St**<br>REMARKS:<br>**First Mortgage - 22115 Martinez St**<br><br>VALUE: $452,000.00 | | | X | $327,606.00 | $125,655.00 |

Sheet no. __1__ of __2__ continuation sheets attached        Subtotal (Total of this Page) >        $927,912.00        $167,655.00
to Schedule of Creditors Holding Secured Claims              Total (Use only on last page) >

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.
In re **James Gibbs**  Case No. **1:10-bk-64039**
(if known)

*AMENDED*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: 3825 <br> **Wells Fargo Home Mortgage** <br> **8480 Stagecoach Cir** <br> **Frederick, MD 21701** | | H | DATE INCURRED: 4/9/07 <br> NATURE OF LIEN: **Fee Simple** <br> COLLATERAL: Location: 31171 Success Valley Dr Porterville, CA <br> REMARKS: **First Mortgage** <br><br> VALUE: $300,000.00 | | | X | $284,871.00 | |
| ACCT #: 5233 <br> **Wells Fargo Home Mortgage** <br> **8480 Stagecoach Cir** <br> **Frederick, MD 21701** | | H | DATE INCURRED: 3/22/2005 <br> NATURE OF LIEN: **Fee Simple** <br> COLLATERAL: Location: 227 Blomquist Dr Bakersfield, CA 93309 <br> REMARKS: **First Mortgage** <br><br> VALUE: $120,000.00 | | | X | $125,554.00 | $5,554.00 |
| ACCT #: 9812 <br> **Wells Fargo Home Mortgage** <br> **8480 Stagecoach Cir** <br> **Frederick, MD 21701** | | H | DATE INCURRED: 9/29/2004 <br> NATURE OF LIEN: **Fee Simple** <br> COLLATERAL: Location: 1715 Blanche St Bakersfield, CA 93309 <br> REMARKS: **First Mortgage** <br><br> VALUE: $38,300.00 | | | X | $85,162.00 | $46,862.00 |

Sheet no. **2** of **2** continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > $495,587.00 | $52,416.00
Total (Use only on last page) > $2,188,708.00 | $432,547.00

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)