UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | James Gibbs | **Case No :** | 10−64039 − A − 7 |
| | | **Date :** | 2/15/11 |
| | | **Time :** | 01:30 |
| **Matter :** | [14] − Motion/Application for Relief from Stay [PD−1] Filed by Creditor JPMorgan Chase Bank, National Association (Fee Paid $150) (hgof) | | UNOPPOSED |
| **Judge :** | Whitney Rimel | | |
| **Courtroom Deputy :** | Gay Parker | | |
| **Reporter :** | Linda Gorman | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney − Alexis Bornhoft
**Respondent(s) :**
(by phone)   Debtor(s) Attorney − Barry S. Fagan

MOTION was :
Findings of fact/conclusions of law stated orally on the record
Granted

as to debtor as of date of discharge; Granted as to trustee.