FILED
February 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003287649

GLOBAL CAPITAL LAW
GARY HARRE, ESQ. (BAR NO. 86938)
DIANE BEALL, ATTORNEY (BAR NO. 86877)
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92807
Telephone: (714) 907-4182
Facsimile: (714) 907-4175
Email: ghcmecf@gmail.com

Attorney for Debtor, JAMES GIBBS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| In re<br><br>    JAMES GIBBS<br><br>                Debtor. | CASE NO. 10-64039<br><br>CHAPTER 7 |

**NOTICE OF APPEAL**

**TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST**:

    **PLEASE TAKE NOTICE** that appellant James Gibbs, debtor in the above-captioned Chapter 7 bankruptcy case ("Appellant"), appeal under 28 U.S.C. §158(a) from the judgment, order, or decree of the Honorable Whitney Rimel, United Bankruptcy Judge, entered on February 15, 2011 in the above-captioned bankruptcy case. Pursuant to Rule 8001(a)-1 of the Rules of the United Bankruptcy Appellate Panel of the Ninth Circuit, attached hereto as Exhibit "A" is a copy of (i) the Granting Motion for Relief from Automatic Stay under 11 U.S.C. § 362 (Real Property) entered on February 15, 2011.

    The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

/./.

/./.

/./.

| **Appellant:** | **Appellee:** |
|---|---|
| James Gibbs | JPMorgan Chase Bank, National Association |
| Counsel for Appellant:<br>GARY HARRE, ESQ.<br>DIANE BEALL, ATTORNEY<br>GLOBAL CAPITAL LAW<br>8700 Warner Avenue, Suite 200<br>Fountain Valley, CA 92807 | Counsel for Appellee:<br>EDDIE R. JIMENEZ, ESQ.<br>HIEU T. PHAM, ESQ<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 |
| Telephone: (714) 907-4182<br>Facsimile: (714) 907-4175 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |

The bankruptcy Appellate Panel is authorized to hear this appeal pursuant to 28 U.S.C. § 158(c)(1). Each party has a right to have the appeal heard by district court. The Appellant has not made this election. The appellee may elect, within the time provided in 28 U.S.C. § 158(c) to have the appeal heard by the district court.

Dated: 02/16/2011

Respectfully Submitted;

*/s/ Gary Harre/*

GARY HARRE, ESQ. (BAR NO. 86398)
DIANE BEALL, ATTORNEY (BAR NO. 86877)
GLOBAL CAPITAL LAW
Attorneys for Debtor