# BANKRUPTCY APPEAL TRANSMITTAL FORM

TO: Bankruptcy Appellate Panel of the Ninth Circuit
125 S. Grand Avenue
Pasadena, CA 91105

FROM: U.S. Bankruptcy Court
Eastern District of California
District Office No. 0972

DATE: 02/18/11

FILED
02/18/11
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

---

Debtor(s) Name: James Gibbs

Bankruptcy Case No. 10-64039-A-7

Adversary Proceeding No. n/a

Docket Control No. PD-1

Bankruptcy Judge (who signed the order): Whitney Rimel

Date Notice of Appeal Filed: February 16, 2011

Date of Entry of Order Appealed From: February 15, 2011

Date Bankruptcy Case Filed: December 3, 2010

Date Notice of Appeal and
Notice of Referral of Appeal Mailed to Parties: February 18, 2011

Filing Fee Paid? (Check One)    [ ] Yes    [✓] No

*Tamara Joaquin*
Deputy Clerk
U.S. Bankruptcy Court
2500 Tulare Street, Suite 2501
Fresno, CA 93721
(559) 499-5800

EDC 2-850 (Rev. 8/10/10)

64