UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

02/18/11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re ) Bankruptcy Case No. 10-64039-A-7
    James Gibbs )
)
) Docket Control No. PD-1
)
)
)
)
_____Debtor(s)_____ )

## NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

The attached Notice of Appeal has been filed with the Clerk of the U.S. Bankruptcy Court for the Eastern District of California.

**NOTICE IS HEREBY GIVEN** that by virtue of 28 U.S.C. §158, and orders of the Judicial Council of the Ninth Circuit and the U.S. District Court for the Eastern District of California, the appeal has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit.

**NOTICE IS FURTHER GIVEN** that any party other than the appellant wishing to have the appeal heard by the U.S. District Court must, within 30 days of the date of this notice, file with the Clerk of the Bankruptcy Appellate Panel a separate written statement of election to transfer the appeal to the U.S. District Court for the Eastern District of California. Upon receipt of a timely statement of election, the Clerk of the Bankruptcy Appellate Panel shall transfer the appeal to the U.S. District Court for the Eastern District of California, in conformity with the foregoing orders and their provisions for election to district court.

For additional information, you may contact the Clerk of the Bankruptcy Appellate Panel for the Ninth Circuit at 125 S. Grand Ave., Pasadena, CA 91105 (telephone: (626) 229-7225).

Dated: 02/18/11

                                                    WAYNE BLACKWELDER, CLERK
                                                    U.S. BANKRUPTCY COURT
                                                    2500 Tulare Street, Suite 2501
                                                    Fresno, CA 93721
                                                    (559) 499-5800
                                                    BY: *Tamara Pagur* (signature)
                                                                 Deputy Clerk

EDC 5-565 (Rev. 9/1/10)

65

FILED
February 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003287649

1 | GLOBAL CAPITAL LAW
GARY HARRE, ESQ. (BAR NO. 86938)
2 | DIANE BEALL, ATTORNEY (BAR NO. 86877)
8700 Warner Avenue, Suite 200
3 | Fountain Valley, CA 92807
Telephone: (714) 907-4182
4 | Facsimile: (714) 907-4175
Email: ghcmecf@gmail.com

6 | Attorney for Debtor, JAMES GIBBS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

In re                                    )
                                         )   CASE NO. 10-64039
    JAMES GIBBS                          )
                                         )   CHAPTER 7
         Debtor.                         )
                                         )
_____)

### NOTICE OF APPEAL

TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that appellant James Gibbs, debtor in the above-captioned Chapter 7 bankruptcy case ("Appellant"), appeal under 28 U.S.C. §158(a) from the judgment, order, or decree of the Honorable Whitney Rimel, United Bankruptcy Judge, entered on February 15, 2011 in the above-captioned bankruptcy case. Pursuant to Rule 8001(a)-1 of the Rules of the United Bankruptcy Appellate Panel of the Ninth Circuit, attached hereto as Exhibit "A" is a copy of (i) the Granting Motion for Relief from Automatic Stay under 11 U.S.C. § 362 (Real Property) entered on February 15, 2011.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

/./././

/./././

/./././

NOTICE OF APPEAL.

| Appellant: | Appellee: |
|---|---|
| James Gibbs | JPMorgan Chase Bank, National Association |
| Counsel for Appellant: | Counsel for Appellee: |
| GARY HARRE, ESQ. | EDDIE R. JIMENEZ, ESQ. |
| DIANE BEALL, ATTORNEY | HIEU T. PHAM, ESQ |
| GLOBAL CAPITAL LAW | PITE DUNCAN, LLP |
| 8700 Warner Avenue, Suite 200 | 4375 Jutland Drive, Suite 200 |
| Fountain Valley, CA 92807 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| Telephone: (714) 907-4182 | Telephone: (858) 750-7600 |
| Facsimile: (714) 907-4175 | Facsimile: (619) 590-1385 |

The bankruptcy Appellate Panel is authorized to hear this appeal pursuant to 28 U.S.C. § 158(c)(1). Each party has a right to have the appeal heard by district court. The Appellant has not made this election. The appellee may elect, within the time provided in 28 U.S.C. § 158(c) to have the appeal heard by the district court.

Dated: 02/16/2011

Respectfully Submitted;

GARY HARRE, ESQ. (BAR NO. 86398)
DIANE BEALL, ATTORNEY (BAR NO. 86877)
GLOBAL CAPITAL LAW
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | James Gibbs | **Case No :** | 10-64039 - A - 7 |
| | | **Date :** | 2/15/11 |
| | | **Time :** | 01:30 |

| | | |
|---|---|---|
| **Matter :** | [14] − Motion/Application for Relief from Stay [PD-1] Filed by Creditor JPMorgan Chase Bank, National Association (Fee Paid $150) (hgof) | UNOPPOSED |

**Judge :** Whitney Rimel
**Courtroom Deputy :** Gay Parker
**Reporter :** Linda Gorman
**Department :** A

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney − Alexis Bornhoft
**Respondent(s) :**
(by phone)   Debtor(s) Attorney − Barry S. Fagan

MOTION was :
Findings of fact/conclusions of law stated orally on the record
Granted

as to debtor as of date of discharge; Granted as to trustee.