**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED 02/18/11
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re ) Bankruptcy Case No. 10-64039
James Gibbs )
) Adversary Proceeding No.
)
) Docket Control No. PD-1
)
Debtor(s) )

## CERTIFICATE OF MAILING

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the **Notice of Appeal and Notice of Referral of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit** were mailed today to the following parties at their respective addresses as shown in the Court's records:

Gary Harre
8700 Warner Ave. #200
Fountain Valley, CA 92708

JPMorgan Chase Bank,
National Association
c/o Hieu T. Pham
4375 Jutland Dr #200
PO Box 17933
San Diego, CA 92177

JPMorgan Chase Bank,
National Association
c/o Eddie R. Jimenez
4375 Jutland Dr #200
PO Box 17933
San Diego, CA 92177

Gary Harre
1940 W Orangewood Ave. #110
Orange, CA 92868

Office of the U.S. Trustee
United States Courthouse
2500 Tulare St. Rm. 1401
Fresno, CA 93721

Barry S. Fagan
8700 Warner Ave., Suite 200
Fountain Valley, CA 92708

James Gibbs
31900 Success Valley Dr.
Porterville, CA 93257

Sheryl Ann Strain
575 E. Alluvial Ave #101
Fresno, CA 93720

Dated: 02/18/11                BY: _____
                                   Deputy Clerk

EDC 3-071 (Rev. 8/10/10)

66