UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| Case Title : | James Gibbs | Case No : | 10−64039 − A − 7 |
| | | Date : | 3/1/11 |
| | | Time : | 01:30 |
| Matter : | [36] − Motion/Application for Relief from Stay [ETL−1] Filed by Creditor JPMorgan Chase Bank, National Association (Fee Paid $150) (hgof) | | UNOPPOSED |
| Judge : | Whitney Rimel | | |
| Courtroom Deputy : | Gay Parker | | |
| Reporter : | Linda Gorman | | |
| Department : | A | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney − Erica Loftis
**Respondent(s) :**
(by phone)   Debtor(s) Attorney − Gary Harre

MOTION was :
Findings of fact/conclusions of law stated orally on the record
Granted

as to trustee; Granted as to debtor as of date of discharge.