UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
03/08/11
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re James Gibbs )   Case No. 10-64039-A-7
)
)   ADV. No.
)
)   BAP No. EC-11-1080
Debtor(s). )

## RECEIPT OF PLEADINGS AND DOCUMENTS
## FROM THE UNITED STATES BANKRUPTCY APPELLATE PANEL

The following documents were received by the United States Bankruptcy Court from the United States Bankruptcy Appellate Panel on   Opening Letter                                               .

Dated: 3/8/11

FOR THE COURT

WAYNE BLACKWELDER, CLERK
U.S. BANKRUPTCY COURT

By: _____
Deputy Clerk

EDC 2-770 (Rev. 09/01/10)

# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**To:** Clerk, Fresno Bankruptcy Court
**Debtor(s):** JAMES GIBBS
**BAP No.:** EC-11-1080
**Bk. Ct. No.:** 10-64039-A-7                    **ADV. NO.:**

**INTERNAL Bk. Ct. NO.:** ***

The Bankruptcy Appellate Panel has received and docketed the notice of appeal referenced in the attached transmittal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

### IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS

Susan M Spraul, BAP Clerk

**By:** Vicky Jackson-Walker, Deputy Clerk
**Date:** February 23, 2011

A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING ITEMS HAVE NOT BEEN FILED:

- [✓] No Filing Fees paid
- [✓] No Designation of Record
- [✓] No Statement of Issues
- [ ] No Notice Regarding the Transcript
- [ ] No Reporter's Transcript(s)

    Reporter name: _____
    phone: _____
    Judge: _____
    Transcript date(s): _____

- [ ] No Transcript Fees paid
- [ ] Extension of Time Granted to Reporter:
    New deadline: _____
- [ ] Other: _____

B) DEPUTY CLERK PROCESSING THIS APPEAL
1. Name: Helene Goldsmith
2. Phone: 559-499-5808
3. Date: 3-8-11