FILED
March 13, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003342987

GLOBAL CAPITAL LAW
Gary Harre, SBN 86938
Diane Beall, SBN 86877
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Telephone: (714) 907-4182
Facsimile: (714) 907-4175

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>JAMES GIBBS,<br><br>　　　　　Debtor | Case No. 10-64039<br><br>Chapter 7<br><br>DCN: GCL-1<br><br>**NOTICE OF MOTION FOR AN ORDER EXTENDING THE DEADLINE TO FILE OBJECTION TO DISCHARGE UNTIL JUNE 30, 2011**<br><br>[FRBP 4007(c)]<br><br>Date: April 22, 2011<br>Time: 9:00 a.m.<br>Place: Courtroom 11<br>　　　　2500 Tulare Street<br>　　　　Fresno, CA 93721 |

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE; SHERYL ANN STRAIN, CHAPTER 7 TRUSTEE; AND TO ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that a hearing on the Motion for an Order Extending the Deadline to file Objection to Discharge until June 30, 2011, will be heard in Courtroom 11, before the Honorable Whitney Rimel in the United States Bankruptcy Court, located at 2500 Tulare Street, Fresno, CA 93721 on April 22, 2011 at 9:00 a.m.

///

1 This Motion is based on the Motion for an Order Extending the Deadline to file Objection to Discharge until June 30, 2011, the Declaration of James Gibbs, filed concurrently herewith and on such further evidence and oral arguments that may be presented at the hearing in this matter.

**PLEASE TAKE FURTHER NOTICE** that the Notice and Motion are being made pursuant to Local Bankruptcy Rule 9014-1 and Federal Rules of Bankruptcy Procedure 4007(c). Opposition, if any, shall be filed not later than **14 days before the date set for the hearing** and the failure to timely file an opposition to the motion may be deemed by the Court to be consent to the granting of the Motion.

Respectfully submitted.

Dated:  March 8, 2011                              **GLOBAL CAPITAL LAW**


_/s/  Gary Harre _____
Gary Harre, Esq.
Diane Beall, Esq.
Attorneys for Debtor JAMES GIBBS