**FILED**
March 13, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003342988

GLOBAL CAPITAL LAW
Gary Harre, SBN 86938
Diane Beall, SBN 86877
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Telephone:  (714) 907-4182
Facsimile:  (714) 907-4175

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| In re: | ) Case No. 10-64039 |
| | ) |
| JAMES GIBBS, | ) Chapter 7 |
| | ) |
| | ) DCN:  GCL-1 |
| | ) |
| Debtor | ) **DECLARATION OF JAMES GIBBS IN** |
| | ) **SUPPORT OF MOTION FOR AN ORDER** |
| | ) **EXTENDING THE DEADLINE TO FILE** |
| | ) **OBJECTION TO DISCHARGE UNTIL** |
| | ) **JUNE 30, 2011** |
| | ) |
| | ) **[FRBP 4007(c)]** |
| | ) |
| | ) Date:   April 22, 2011 |
| | ) Time:   9:00 a.m. |
| | ) Place:  Courtroom 11 |
| | )            2500 Tulare Street |
| | )            Fresno, CA 93721 |

I, James Gibbs, declare as follows:

1.  I am the Debtor in the above-referenced Chapter 7 case and the following facts are within my personal knowledge and if I am called upon to testify as to the facts stated herein, I could and would testify competently thereto.

2.  I filed my Chapter 7 case on December 3, 2010 and Sheryl Ann Strain was appointed as the Chapter 7 Trustee.  The last day to oppose the discharge was set for March 8, 2011 in this matter.

///

3.  My initial 341(a) Meeting of Creditors was scheduled for January 7, 2011 at 11:30 a.m.

4.  On or about January 7, 2011 the 341(a) Meeting of Creditors was held and was continued to February 11, 2011.

5.  On or about February 11, 2011 the continued 341(a) Meeting of Creditors was again continued to March 18, 2011, and the Chapter 7 Trustee has requested that I provide additional documents for the continued March 18, 2011 hearing.

6.  At the February 11, 2011 continued hearing, the Chapter 7 Trustee requested that since the 341(a) Meeting of Creditors was again being continued to March 18, 2011 **after** the last day to oppose the discharge of March 8, 2011, that it would be necessary to file a Motion for an Order Extending the Deadline to file an Objection to Discharge until June 30, 2011 in this case.

7.  By this Motion, I seek an Order Extending the Deadline to file an Objection to Discharge until June 30, 2011 as requested by the Chapter 7 Trustee.

8.  As stated above, the Chapter 7 Trustee has requested that I file this Motion since the 341(a) Meeting of Creditors is being continued to March 18, 2011 **after** the last day to oppose the discharge of March 8, 2011.

9.  It is respectfully requested that the Court grant the pending Motion for an Order Extending the Deadline to File Objection to Discharge until June 30, 2011 in this case.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on this 8th day of March, 2011 at Porterville, CA

___/s/  James Gibbs _____
James Gibbs, Declarant

**DECLARATION OF JAMES GIBBS IN SUPPORT OF MOTION FOR AN ORDER EXTENDING THE DEADLINE TO FILE OBJECTION TO DISCHARGE UNTIL JUNE 30, 2011**